Approved. Case closed.

s/ Jack Zouhary
U.S. DISTRICT JUDGE
October 15, 2024

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Anastasia Kurtz, *on behalf of herself and all others similarly situated,*

    Plaintiff,

vs.

Nutricost,

    Defendant.

Civil Action No.: 3:24:-cv-01020(JZ)

## STIPULATION OF DIMISSAL WITHOUT PREJUDICE

Plaintiff, Anastaia Kurtz, and Defendant, Nutricost, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and their agreement of October 4, 2024, stipulate and agree (1) to dismiss this action without prejudice and (2) this dismissal does not operate as a first dismissal for Fed. R. Civ. P. 41(a)(1)(B) or 15(a) purposes.

Respectfully submitted this 14th day of October 2024

By: /s/ Sergei Lemberg
Sergei Lemberg
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com
*Attorneys for Plaintiff*

By: /s/ Matthew Orr
Matthew R. Orr
Amin Wasserman Gurnani, LLP
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
213-985-7219
Email: morr@awglaw.com

William P. Cole
Amin Wasserman Gurnani, LLP
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
213-985-7206
Email: wcole@awglaw.com
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

    I hereby certify that on this the 14th day of October, 2024, copy of the foregoing was filed with the Court through the CM/ECF system which sent notice of such filing to all parties of record.

    */s/ Sergei Lemberg*
    Sergei Lemberg